UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> MCCARTHY LAW, PLC, KEVIN MCCARTHY, GOT LEADS 365, LLC, IRSHAD HASAN, SMARTLEADS MEDIA, LLC, and MICHAEL GIANETTI <br><br> Defendants. | EP-21-CV-00015-DCG |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action has been settled and Brandon Callier and Defendants McCarthy Law, PLC and Kevin McCarthy stipulate to their dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted,

/s/ Brandon Callier (with permission)
Brandon Callier

Plaintiff, pro se

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Defendants McCarthy Law PLC and Kevin McCarthy