UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER § | | |
| § | | |
| *Plaintiff,* § | | |
| v. § | | |
| § | | |
| MCCARTHY LAW, PLC, KEVIN § | EP-21-CV-00015-DCG | |
| MCCARTHY, GOT LEADS 365, LLC, § | | |
| IRSHAD HASAN, SMARTLEADS § | | |
| MEDIA, LLC, and MICHAEL § | | |
| GIANETTI § | | |
| § | | |
| *Defendants.* § | | |

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS MCCARTHY LAW, PLC AND KEVIN MCCARTHY

On November 3, 2021, Plaintiff Brandon Callier and Defendants McCarthy Law, PLC and Kevin McCarthy filed a "Stipulation of Dismissal" (ECF No. 37), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view of the stipulation, the Court enters the following orders:

**IT IS ORDERED** that all of Plaintiff Brandon Callier's claims against Defendants McCarthy Law, PLC and Kevin McCarthy in this matter are **DISMISSED WITH PREJUDICE**, with Plaintiff and Defendants to bear their respective costs and attorneys' fees.

**IT IS THEREFORE ORDERED** that Defendants McCarthy Law, PLC and Kevin McCarthy are **TERMINATED** from this case.

So ORDERED and SIGNED this 4th day of November 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE