Case 3:21-cv-00015-DCG   Document 45   Filed 01/19/22   Page 1 of 1

FILED
January 19, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § v. § § **GOT LEADS 365, LLC, IRSHAD HASAN,** § **SMARTLEADS MEDIA, LLC,** and **MICHAEL** § **GIANETTI** § **Defendants.** § § | Case # 3:21-CV-00015-DCG |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants have resolved their case. Plaintiff hereby requests the Court dismiss the case against Defendants Got Leads 365, LLC, Irshad Hasan, Smartleads Media, LLC, and Michael Gianetti with prejudice and close this action.

January 19, 2022                                  Respectfully Submitted

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com