UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER** § | |
| § | |
| *Plaintiff,* § | |
| v. § | |
| § | |
| **MCCARTHY LAW, PLC, KEVIN** § | EP-21-CV-00015-DCG |
| **MCCARTHY, GOT LEADS 365, LLC,** § | |
| **IRSHAD HASAN, SMARTLEADS** § | |
| **MEDIA, LLC, and MICHAEL** § | |
| **GIANETTI** § | |
| § | |
| *Defendants.* § | |

## ORDER DISMISSING CASE

Before the Court is Plaintiff Brandon Callier's "Motion to Dismiss with Prejudice" (ECF No. 45), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Brandon Callier in this action against Defendants Got Leads 365, LLC, Irshad Hasan, Smartleads Media, LLC, and Michael Gianetti are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 21ST day of January 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE